IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY ANTERIO SMITH, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV410-248
 )
LIEUTENANT MIKE WILSON, )
OFFICERS JOHN DOE 1-14, OFFICER )
JANE DOE 1, DETECTIVE KELVIN )
FRAZIER, and DETECTIVE )
ALEXANDER TOBAR, )
 )
    Defendants. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 9). After a careful de novo review, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the order of this Court. The Clerk of Court is **DIRECTED** to close CV410-278 after all filings have been transferred to this case. Plaintiff's Complaint is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case as well. This civil action counts as a "strike" under 28 U.S.C. § 1915(g).

SO ORDERED this 3rd day of January 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA